FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 02 2015

CHRISTOPHER A. PRINE
CLERK_____

## CASE NO. 01-15-00381-CV

IN THE COURT OF APPEALS FOR THE FIRST JUDICIAL DISTRICT OF TEXAS

ALI YAZDCHI, APPELLANT

V.

WELLS FARGO, APPELLEE

## APPELLANT'S MOTION FOR EXTENTION OF TIME TO FILE A BRIEF

TO THE HONORABLE COURT :

1. APPELLANT HAS FILED THIS MOTION TIMELY PER COURT INSTRUCTION TO EXTEND TIME AND REASON NOT TO FILE HIS BREIF BECAUSE APPELLANT NEVER RECEIVED ANY NOTICES FROM THE COURT BECAUSE COURT HAS SENT THE NOTICES TO WRONG ADDRESS (#622) INSTEAD O (#662) SO IT IS NOT APPELLANT FAULT FURTHER TRIAL CLERK HAS NOT SUPPLEMENTED THE RECORDS THAT APPELLANT HAS REQUESTED IN HIS INTIAL NOTICE OF APPEAL IN ADDITION TRIAL CLERK (MS. LOPEZ) HAS PROMISED SHE WILL SUPPLEMENT THE RECORD THAT APPELLANT REQUESTED IN HIS INITIAL NOTIC OF APPEAL (DESIGNATED THE DOCUMENTS TO BE FILED IN COURT OF APPEAL BUT WAS NOT FILED YET AFTER REVIEW OF CLERK RECORD IN COURT OF APPEAL).PLEASE SEE ATTACHED CLERK NOTICE TO APPELLANT.

2. APPELLEE IS NOT INJURED BECAUSE APPELLANT WAS NEVER SERVED WITH THE LAW SUIT (PETITION) AS LAW REQUIRED AND NEVER HAD HIS DAY IN COURT AS OF YET FURTHER APPELLEE GOT A DEFAULT JUDGMENT WRONGFULLY AND INJUSTLY.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, APPELLANT PRAYS THAT THIS COURT EXTEND TIME TO FILE THE BRIEF AND NOTIFY APPELLANT WHEN TRIAL CLERK SUPPLEMENTED THE DOCUMENTS IN COURT OF APPEALS SO APPELLANT CAN FILE HIS BRIEF.

See: Sham Rock oil co. V. Gulf Coast NATURAL GAS cite 685 S.w. 3d 737 [Tex. App. Houston][14th Dist], Defendant appealed it was reversed Exactly on point and many More cases.

1

RESPECTFULLY SUBMITTED,

ALI YAZDCHI, APPELLANT, PRO SE

2100 TANGLEWILDE 662

HOUSTON, TX. 77063

TEL : 832-703-8901

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT HAS BEEN SERVED BY MAILING AND /OR FAX A COPY TO THE APPELLEE ATTORNEY ON 10/2/2015.

MARK RECHNER , FAX 214-979-7402

1601 ELM ST. SUITE 4100

DALLAS TX.75201

ALI YAZDCHI

2

**From:** Lopez, Michelle (DCO) (DCO) <michelle.lopez@hcdistrictclerk.com>
**To:** 'aligiovanni@aol.com' <aligiovanni@aol.com>; 'aligiovanni21@gmail.com' <aligiovanni21@gmail.com>
**Subject:** 2014-23577 Follow up to Telephone Conversation
**Date:** Tue, Sep 29, 2015 4:40 pm

Thank you for notifying Post Trial of the missing items from your Original Clerk's Record. You noted to us which items need to be included into a supplemental clerk's record. You informed me that they were items that were missing from your initial request and that they are not additional items. Once the record is complete, we will contact you with a cost.

If we need anything further in the meantime, I will contact you.
If you have any further questions, please email me. As it is the best way to reach me.

Thank you,

## Michelle Lopez
**Senior Clerk, Civil/Family Post Trial**
**Harris County District Clerk's Office**
**201 Caroline, Suite 250**
**Houston, TX 77002**
**713-755-5768**
michelle.lopez@hcdistrictclerk.com